**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **402-420 Metropolitan Ave LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-2802351** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **1274 49th St** **Ste 443** **Brooklyn, NY 11219-3011** Number, Street, City, State & ZIP Code **Kings** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **402-420 Metropolitan Ave LLC**  Case number (*if known*)
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **402-420 Metropolitan Ave LLC**                                   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.    Insurance agency _____
                Contact name _____
                Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    __402-420 Metropolitan Ave LLC__            Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2020**
               MM / DD / YYYY

X **/s/ GC Realty Advisors by David Goldwasser**      **GC Realty Advisors by David Goldwasser**
Signature of authorized representative of debtor             Printed name

Title    **Non-Member Manager and CRO**

**18. Signature of attorney**

X **/s/ Kevin J. Nash**              Date **April 1, 2020**
Signature of attorney for debtor             MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**      Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2020**          X **/s/ GC Realty Advisors by David Goldwasser**
                                              Signature of individual signing on behalf of debtor

                                              **GC Realty Advisors by David Goldwasser**
                                              Printed name

                                              **Non-Member Manager and CRO**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1270 44th Holdings LLC**<br>**1274 49th St**<br>**Brooklyn, NY 11219-3011** | | **Loan** | | | | **$1,040,000.00** |
| **382 Eight LLC**<br>**24 Crane Neck Rd**<br>**Setauket, NY 11733-1630** | | **Contract price** | | | | **$4,756,850.00** |
| **402 Metropolitan Ave LLC**<br>**Attn: Michael Mattone**<br>**134-01 29th Ave**<br>**College Point, NY 11356** | | **Contract price** | | | | **$19,350,000.00** |
| **AkRF**<br>**440 Park Ave S Fl 7**<br>**New York, NY 10016-8012** | | **Services** | | | | **$17,390.00** |
| **Greenberg Traurig LLP**<br>**1717 Arch St Ste 400**<br>**Philadelphia, PA 19103-2713** | | **Legal Services** | | | | **$1,112.40** |
| **JM Zoning**<br>**225 Broadway Ste 1300**<br>**New York, NY 10007-3772** | | **Services** | | | | **$69,200.00** |
| **Kutnicki Berstein Architects**<br>**277 Broadway Fl 17**<br>**New York, NY 10007-2074** | | **Services** | | | | **$490,839.00** |

Debtor **402-420 Metropolitan Ave LLC**                                         Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Landstone Capital Group**<br>**4502 17th Ave**<br>**Brooklyn, NY 11204-1110** | | **Services** | | | | **$227,500.00** |
| **Law Offices of David J. Feit, Esq., PLLC**<br>**22 Cortlandt St Rm 803**<br>**New York, NY 10007-3154** | **David J. Feit, Esq.** | **Services** | | | | **$100,000.00** |
| **Madison Title Agency**<br>**1125 Ocean Ave**<br>**Lakewood, NJ 08701-4577** | | **Title Fees and Closing Costs** | | | | **$705,954.71** |
| **New York Engineers**<br>**135 W 41st St Fl 5**<br>**New York, NY 10036-7320** | | **Services** | | | | **$87,120.00** |
| **Nooklyn.com LLC**<br>**28 Scott Ave Apt 106**<br>**Brooklyn, NY 11237-2478** | | **Services** | | | | **$2,500.00** |
| **Pillori Associates, P.A.**<br>**71 State Route 35**<br>**Laurence Harbor, NJ 08879-2893** | | **Services** | | | | **$10,580.00** |
| **Rothkrug-Rothkrug & Spector, LLP**<br>**55 Watermill Ln Ste 200**<br>**Great Neck, NY 11021-4206** | | **Services** | | | | **$20,000.00** |
| **Roux Environmental & Engineering**<br>**209 Shafter St**<br>**Islandia, NY 11749-5074** | | **Services** | | | | **$1,187.20** |
| **Swive Interiors**<br>**703 Myrtle Ave**<br>**Brooklyn, NY 11205-3903** | | **Services** | | | | **$30,000.00** |
| **Triplet Acquisitions**<br>**120 Wooster St**<br>**New York, NY 10012-5200** | | **Services** | | | | **$500,000.00** |

Debtor **402-420 Metropolitan Ave LLC**     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WSP USA**<br>**1 Penn Plz Fl 2**<br>**New York, NY**<br>**10119-0299** | | **Services** | | | | **$100,000.00** |
| **Yoel Hershkowitz**<br>**80 Middleton St**<br>**Brooklyn, NY**<br>**11206-2598** | | **Services** | | | | **$1,600,000.00** |

**Fill in this information to identify the case:**

Debtor name: **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Downpayment on contract to purchase property**          $2,150,000.00

   7.2. **Downpayment on contract to purchase air rights**          $250,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**          $2,400,000.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

Debtor     **402-420 Metropolitan Ave LLC**                          Case number *(If known)*
                   Name

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **402-420 Metropolitan Ave, New York, NY 10001**<br>**Contract to purchase real property** | | **$21,500,000.00** | | **$21,500,000.00** |
| 55.2. **Contract to purchase air rights** | | **$5,006,850.00** | | **$5,006,850.00** |

Debtor **402-420 Metropolitan Ave LLC**           Case number *(If known)*
         Name

56. **Total of Part 9.**                                                                                                         **$26,506,850.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **402-420 Metropolitan Ave LLC**　　　　　Case number *(If known)*
　　　　　Name

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,400,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................> | | $26,506,850.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,400,000.00 | + 91b. $26,506,850.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,906,850.00 |

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 4
Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name: **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                              **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1270 44th Holdings LLC**<br><br>**1274 49th St**<br>**Brooklyn, NY 11219-3011**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,040,000.00** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**382 Eight LLC**<br><br>**24 Crane Neck Rd**<br>**Setauket, NY 11733-1630**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Balance due on air rights contract**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,756,850.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**402 Metropolitan Ave LLC**<br>**Attn: Michael Mattone**<br>**134-01 29th Ave**<br>**College Point, NY 11356**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$19,350,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AkRF**<br><br>**440 Park Ave S Fl 7**<br>**New York, NY 10016-8012**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$17,390.00** |

Debtor **402-420 Metropolitan Ave LLC**  Case number (if known) _____
      Name

| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Greenberg Traurig LLP** <br><br> **1717 Arch St Ste 400** <br> **Philadelphia, PA 19103-2713** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$1,112.40** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **JM Zoning** <br><br> **225 Broadway Ste 1300** <br> **New York, NY 10007-3772** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$69,200.00** |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **Kutnicki Berstein Architects** <br><br> **277 Broadway Fl 17** <br> **New York, NY 10007-2074** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$490,839.00** |
| 3.8 | **Nonpriority creditor's name and mailing address** <br> **Landstone Capital Group** <br><br> **4502 17th Ave** <br> **Brooklyn, NY 11204-1110** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$227,500.00** |
| 3.9 | **Nonpriority creditor's name and mailing address** <br> **Law Offices of David J. Feit, Esq., PLLC** <br><br> **22 Cortlandt St Rm 803** <br> **New York, NY 10007-3154** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$100,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address** <br> **Madison Title Agency** <br><br> **1125 Ocean Ave** <br> **Lakewood, NJ 08701-4577** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$705,954.71** |
| 3.11 | **Nonpriority creditor's name and mailing address** <br> **New York Engineers** <br><br> **135 W 41st St Fl 5** <br> **New York, NY 10036-7320** <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$87,120.00** |

Debtor **402-420 Metropolitan Ave LLC** Case number (if known) _____
Name

| | | |
|---|---|---:|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Nooklyn.com LLC**<br><br>**28 Scott Ave Apt 106**<br>**Brooklyn, NY 11237-2478**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Pillori Associates, P.A.**<br><br>**71 State Route 35**<br>**Laurence Harbor, NJ 08879-2893**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,580.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Rothkrug-Rothkrug & Spector, LLP**<br><br>**55 Watermill Ln Ste 200**<br>**Great Neck, NY 11021-4206**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Roux Environmental & Engineering**<br><br>**209 Shafter St**<br>**Islandia, NY 11749-5074**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,187.20** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Swive Interiors**<br><br>**703 Myrtle Ave**<br>**Brooklyn, NY 11205-3903**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Triplet Acquisitions**<br><br>**120 Wooster St**<br>**New York, NY 10012-5200**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$500,000.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**WSP USA**<br><br>**1 Penn Plz Fl 2**<br>**New York, NY 10119-0299**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |

Debtor  **402-420 Metropolitan Ave LLC**                                  Case number (if known)
            Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600,000.00** |
|---|---|---|---|
| | **Yoel Hershkowitz** <br><br> **80 Middleton St** <br> **Brooklyn, NY 11206-2598** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Herrick Feinstein LLC** <br> **Attn: Patrick J. O'Sullivan, Esq.** <br> **2 Park Ave** <br> **New York, NY 10016-5675** | Line  **3.3** <br><br> ☐  Not listed. Explain ____ | __ |
| 4.2 | **HWM Met/Marcy LLC** <br> **Attn: Kenneth Lee Raisch** <br> **1 Edgewater St Ste 204** <br> **Staten Island, NY 10305-4900** | Line  **3.3** <br><br> ☐  Not listed. Explain ____ | __ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + $ | **29,110,233.31** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.  $ | **29,110,233.31** |

**Fill in this information to identify the case:**

Debtor name    **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to purchase air rights.** | |
| | State the term remaining | | **382 Eight, LLC** |
| | List the contract number of any government contract | | **24 Crane Neck Rd** |
| | | | **Setauket, NY 11733-1630** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement to acquire real estate development property located at 402-420 Metropolitan Avenue, Brooklyn, NY.** | |
| | State the term remaining | | **402 Metropolitan Ave LLC** |
| | List the contract number of any government contract | | **13401 20th Ave** |
| | | | **College Point, NY 11356-2428** |

**Fill in this information to identify the case:**

Debtor name: **402-420 Metropolitan Ave LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**              *Column 2:* **Creditor**

|     | Name | Mailing Address | | | Name | Check all schedules that apply: |
|-----|------|-----------------|--|--|------|---------------------------------|
| 2.1 |      | Street          | | |      | ☐ D ☐ E/F ☐ G |
|     |      | City / State / Zip Code | | | | |
| 2.2 |      | Street          | | |      | ☐ D ☐ E/F ☐ G |
|     |      | City / State / Zip Code | | | | |
| 2.3 |      | Street          | | |      | ☐ D ☐ E/F ☐ G |
|     |      | City / State / Zip Code | | | | |
| 2.4 |      | Street          | | |      | ☐ D ☐ E/F ☐ G |
|     |      | City / State / Zip Code | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **402-420 Metropolitan Ave LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................  $ **26,506,850.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................................  $ **2,400,000.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................  $ **28,906,850.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **29,110,233.31**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b        $ **29,110,233.31**