UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                  Chapter 11

402-420 Metropolitan Ave LLC,                                           Case No.

                                                      Debtor.
---------------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**

                 Metropolitan Sole Member Trust       100%


Dated: New York, New York
         April 1, 2020

                                   402-420 Metropolitan Ave LLC

                                 By:    GC Realty Advisors LLC as Manager

                                 By:   /s/ David Goldwasser
                                       Name:  David Goldwasser
                                       Title:    Manager